**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRYVON GLOVER, ) | Case No. CV 22-5752 FMO (MARx) |
| Plaintiff, ) | |
| v. ) | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| CITY OF PASADENA, et al. ) | |
| Defendants. ) | |

Having been advised by counsel that the above-entitled action has been settled, (Dkt. 45, Joint Notice of Conditional Settlement), IT IS ORDERED that the above-captioned action is hereby dismissed without costs and without prejudice to the right, upon good cause shown by no later than 45 days, to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Failure to re-open or seek an extension of time to re-open the action by the deadline set forth above shall be deemed as consent by the parties to dismissal of the action without prejudice. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 10th day of August, 2023.

/s/
Fernando M. Olguin
United States District Judge